```
 1
 2
 3
 4
 5                    IN THE UNITED STATES DISTRICT COURT
 6                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 7
    MARILYN GOETZKE, widower,         )    CIV S-03-554 GEB JFM
 8  individually and as personal      )
    representative/successor in       )    RELATED CASE ORDER
 9  interest on behalf of the estate  )
    and heirs of LOREN GOETZKE,       )
10  deceased; GENE GOETZKE; and       )
    GARY GOETZKE,                     )
11                                    )
              Plaintiffs,             )
12                                    )
    v.                                )
13                                    )
    SIKORSKY AIRCRAFT CORPORATION, a  )
14  Delaware Corporation; GENERAL     )
    ELECTRIC COMPANY, a New York      )
15  Corporation; and ROTAIR INDUSTRIES,)
    INC., a Connecticut Corporation,  )
16                                    )
              Defendants.             )
17  _____)
    ADRIAN VILLARUZ,                  )
18                                    )
              Plaintiff,              )
19                                    )
    v.                                )
20                                    )
    SIKORSKY AIRCRAFT CORPORATION;    )
21  GENERAL ELECTRIC COMPANY; and     )
    ROTAIR INDUSTRIES, INC.,          )
22                                    )
              Defendants.             )
23  _____)
    CROMAN CORPORATION, an Oregon     )    CIV-S-05-0575 FCD GGH
24  corporation,                      )
                                      )
25            Plaintiff,              )
                                      )
26  v.                                )
                                      )
27  GENERAL ELECTRIC COMPANY; SIKORSKY)
    AIRCRAFT CORPORATION; HELICOPTER  )
28  SUPPORT, INC., a Connecticut      )
```

1

```
 1  corporation; UNITED TECHNOLOGIES    )
    CORPORATION, a Delaware             )
 2  corporation; and ROTAIR             )
    INDUSTRIES, INC.,                   )
 3                                      )
                  Defendants.           )
 4  _____)
```

5          Examination of the above-entitled actions reveals that
6   they are related within the meaning of Local Rule 83-123(a).  The
7   actions are based on similar claims.  Accordingly, the assignment of
8   the actions to the same judge and magistrate judge is likely to effect
9   a substantial savings of judicial effort and is also likely to be
10  convenient for the parties.

11          The parties should be aware that relating the cases under
12  Local Rule 83-123 merely means that the actions are assigned to the
13  same judge and magistrate judge; no consolidation of the actions is
14  effected.  Under the regular practice of this court, related cases are
15  generally assigned to the judge and magistrate judge to whom the first
16  filed action was assigned.

17          Action CIV NO. S-05-575 FCD GGH is reassigned to Judge
18  Garland E. Burrell, Jr., and Magistrate Judge John F. Moulds for all
19  further proceedings.  Henceforth, the caption on documents filed in
20  the reassigned case shall show initials "GEB JFM" instead of the other
21  judges' initials.  Further, the motion currently scheduled for hearing
22  on June 24, 2005, at 10:00 a.m. will be heard at the already scheduled
23  date and time in Courtroom 13.

24          It is further ordered that the Order Requiring Joint Status
25  Report filed in CIV NO. S-05-575 on April 6, 2005, is VACATED and the
26  Clerk of the Court is directed to issue an Order Setting Status
27  (Pretrial Scheduling) Conference for August 8, 2005, at 9:00 a.m.
28

                                    2

1   The Clerk of the Court is also directed to make appropriate
2   adjustment in the assignment of civil cases to compensate for this
3   reassignment.
4   IT IS SO ORDERED.
5   Dated:  June 8, 2005

            /s/ Garland E. Burrell, Jr.
            GARLAND E. BURRELL, JR.
            United States District Judge