IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROMAN CORPORATION, an Oregon corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL ELECTRIC COMPANY, a New York corporation; SIKORSKY AIRCRAFT CORPORATION, a Delaware corporation; HELICOPTER SUPPORT, INC., a Connecticut corporation; UNITED TECHNOLOGIES CORPORATION, a Delaware corporation; and ROTAIR INDUSTRIES, INC., a Connecticut corporation,<br><br>　　　　　Defendants. | 2:05-cv-0575-GEB-JFM<br><br>ORDER |

　　　　On March 10, 2006, Defendants Sikorsky Aircraft Corporation, Helicopter Support, Inc., and United Technologies Corporation filed an Ex Parte Application to Continue Expert Disclosure, Rebuttal Expert Disclosure, and Discovery Deadline ("Application").  Attached to the Application was a Joint Stipulation to Continue Expert Disclosure and Rebuttal Dates and Discovery Deadline.

　　　　Since the parties stipulate to modification of the February 1, 2005, Scheduling Order and since modifications can be made

in a manner that will not adversely affect the Court's docket, the requested modifications will be made without reaching the issue of good cause. Therefore, the Rule 16 Scheduling Order is modified as follows:

  (1) Experts shall be disclosed on or before May 16, 2006;

  (2) Rebuttal experts shall be disclosed on or before June 16, 2006; and

  (3) All discovery shall be completed on or before September 18, 2006.[1]

  IT IS SO ORDERED.

Dated: March 15, 2006

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The parties proposed September 16, 2006, as the discovery deadline. Since September 16, 2006, is a Saturday, a date different than, but consistent with, the parties' proposal has been adopted.