IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CROMAN CORPORATION, an Oregon    )
corporation,                     )
                                 )   2:05-cv-0575-GEB-JFM
               Plaintiff,        )
                                 )   ORDER
     v.                          )
                                 )
GENERAL ELECTRIC COMPANY, a New  )
York Corporation; SIKORSKY       )
AIRCRAFT CORPORATION, a Delaware )
Corporation; HELICOPTER SUPPORT, )
INC., a Connecticut Corporation; )
UNITED TECHNOLOGIES Corporation, )
a Delaware Corporation; and ROTAIR )
INDUSTRIES, INC., a Connecticut  )
Corporation,                     )
                                 )
               Defendants.       )
_____)
```

The briefing schedule set forth in the Stipulation Re Continuance of Hearing on Defendant General Electric Company's Motion for Summary Judgment, filed June 19, 2006, is adopted. However, the hearing on the motion shall commence at 10:00 a.m. on September 18, 2006.

IT IS SO ORDERED.

Dated:  June 19, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge